```
CLERK'S Cert of Transmittal of t/following:
FEB. 23 1 COMPLAINT Demand for. -jurv
FEB. 26  SMMN issued against.intgrnational Bridge & Construction.
   SMMN issued against International Bridge & Construction/Marianas
Incorporated.
FEB. 26 2 DEMAND for jury trial by plaintiffs.
APR. 14 3 NOTICE re Status Conference (April 29, 1998 at 10:00 a.m.)
APR. 29 4 STIPULATION for Extension of Time to Effectuate Service of
Complaint (7/31/98)
JUL. 24 5 FIRST Amended Complt and Demand for Jury Trial; Summons Issued
JUL. 31 6 EX PARTE Mo Pursuant to Local Rule 7.1.h.3.(B)
 7 PLTFS Ex PArte Mo to Enlarge Time to Serve Defendants
 8 DECLARATION of Bruce Berline in Support of Ex Parte Motion to Enlarge Time
   to Serve Defendants
 9 CERTIFICATE Pursuant to Local Rule 7.1.h.3 (B)
 10 ORDER Granting Pltfs Ex Parte Mo to Enlarge Time to Serve Defts
AUG. 7 11 RETURN of Service (Summons on S aco/Elliott, Inc)
 12 RETURN of Service (Summons on Johnson Worldwide Associates)
 13 RETURN of Service (Summons on Lift Support Systems Hawaii* Inc)
AUG. 17  14 RETURN of SErvice (Summons on International Bridge Corp.)
15 RETURN of Service (Summons on International Bridge & Construc/Marianas
Incorp.).
AUG. 19 16 ANSWER of Seaco/Elliot, Inc and Johnson Worldwide Associates to
Pltfs 1st amnd Cm
 17 CERTIFICATE of Service
SEP. 02 18 STIPULATION and ORDER
SEP. 18 19 REQUEST to Clerk to Enter Default Against Defendant Life Support
Systems Hawaii,
 20 DECLARATION of Bruce Berline
SEP. 22 21  ENTRY of Default against defendant Life Support Systems Hawaii,
Inc.
 22 ANSWER to First Amended Complaint and Crossclaims (International Bridge)
 23 SUMMONS
OCT. 09 24 ANSWER-of-Johnson worldwide Associates and Seaco/Elliott, Inc. to
crods-claims of International Bridge and Construction/Marianas, Inc. and
International Bridge and Construction Corporation.
 25 CERT of serv of Answert etc.
NOV. 10 26 APPLICATION to appear Pro Hac Vice and Designation of local
counsel.
 27 CONSENT.to designation of John D. Osborn by Trevor J. Will.
NOV. 12 28 ORDER Granting Application of Trevor J. Will Admission to Practice
Pro Hac Vice
 29 NOTICE of Service of Discovery Requests
 30 CERTIFICATE of Service
 31 CERTIFICATE of Service
DEC. 23 32 STIPULATION To Allow Filing Of Plaintiffs' Second Amended
Complaint Pursuant To
    Rule 15(a).
DEC. 23 33 ORDER Re: Stipulation To Allow Filing Of Plaintiffs, ~eeond
Amended Complaint Pursuant To Rule 15(a).
DEC. 23 34 -SECOND Amended Complaint, Demand For Jury CTri.#k,.)
     k
DEC. 23 -- Summons Issued To: Pacific Indemnity Insuri_afice.Cb~. li
DEC. 23   Summons Issued To: American Bureau Of Shi n,,,-,,
DEC. 23   Oceaneer Enterprises, Inc.
DEC. 23   Summons Issued To: Jurgen Unterberg.
DEC. 23   Summons Issued To: Wardle-Storeys. PLC.
DEC. 23   Summons Issued To: SMR Technologies, Inc.
DEC. 23   Summons Issued.To: Life Support Systems Hawaii, Inc.
DEC. 23   Summons Issued To: Inflatable Survival Systems, Inc.
```

```
DEC. 30  35 RETURN of Service ( SMR Technologies)
         36 PROOF of Service
1999
JAN. 06  37 PROOF of Service
JAN. 12  38 STIPULATION
         39 ANSWER of SMR Technologies, Inc. to Pltfs Second Amended Complnt;
            Affirmative Defenses
JAN 19   40 ANSWER to Second Amended Complaint(International Bridge) 1
JAN 21   41 RETURN of Service (Summons on Inflatable Survivial Systems)
JAN 26   42 RETURN of Service (Summons on Oceaneer Enterprises)
JAN 28   43 RETURN of Service (Summons on Jurgen Unterberg)
JAN. 29  44 ANSWER of Inflatable Survial Systems, Inc. to Plaintiffs' Second
Amended Complt
         Affirmative Defenses
FEB. 05  45 ENTRY of appearance as co-cnsl for def Pacific Indemnity-Ins. Co..
         46 ANSWER of Seaco/Elliot, Inc. & Johnson Worldwide Associates to plfs'
second amended complaint.
         47 ANSWER & cross-claim of Pacific Idemnity Ins. Co.; Cert of serv.
FEB. 09  48 CERTIFICATE of serv of Ans. of Seaco/Elliot, etc.
FEB. 10  49 RETURN of serv of S/C upon American Bureau of Shipping.
         50 RETURN OF serv of S/C upon Pacific Indemnity Insurance. Co.
FEB. 12  51 ANSWER of Inflatable Survival Systems, Inc. to Cross-Claim of
Pacific.Indemnit3 Insurance Co.; Affirmative Defenses

         52 ANSWER of SMR Technologies, Inc. to Cross Claim of Pacific Indemnity Ins.
Co.; Affirmative Defenses
FEB. 16  -53 ANSWER to Second Amended Cmplt (Jurgen Unterberg and Oceaneer
Enterprises)
         54 ANSWER of SEACO/ELLIOT, INC. and JOHNSON WORLDWIDE Associates to
Cross-Claim of Pacific Indemnity Co..
         55 CERTIFICATE of Service
FEB. 18  56 PROOF of Service
         57 PROOF of Service
MAR. 02  58 )ECLARATION of Service (upon Paul Lawlor)
         59 DECLARATION of Service (upon John Osborn)
         60 DECLARATION of Service (upon Bruce Berline)
         61 DECLARATION of Service (upon Robert O'Connor)
         62 DECLARATION of Service (upon William M. Fitzgerald)
APR. 08  63 ANSWER to Second Amended Complaint (Amer. Bureau of Shipping)
APR. 22  64 EX PARTE Motion Pursuant to Local Rule 7-1.h.3.(b)
         65 LTF'S Ex Parte Mo to Enlarge Time to Serve Deft Life Support Systems
Hawaii with SEcond Amended Cmplt Pursuant to Rule 6(b) (1) ,
         66 eclaration of Bruce Berline in Support of Ex PArte Motion, etc.
Apr. 22  67 ORDER granting plfs' ex parte mtn to enlarge time to serve
defendants.
MAY 03   68 NOTICE of Motion & Motion for S/J by def SMR Technologies, Inc.,
HRG: JUNE
            3rd, 1999 at 9:00 a.m.
         69 MEMORANDUM in spprt of mtn for S/J.
         70 AFFIDAVIT of Robert Ayers.
         71 AFFIDAVIT of David E. Genovese.
         72 AFFIDAVIT of Oscar J. Mifsud.
MAY 07   73 PROOF of Service
MAY 21   74 NOTICE of Joinder in Opposition to Deft SMR's Summary Judgment
MAY 26   75 OPPOSITION OF Defendant Pacific Indemnity Insurance Company to SMR
Technologies Inc.1s Motion for Summary Judgment
         76 DEFTS IBC/M and IBC's Opposition to Defend SMR Technologies, Inc.-Motion
for Summary Judgment
May 28   77 REPLY Brief in Support of Mo for Summary Judgment and Motion to
Strike
         78 DECLARATION of Robert J. O'Connor
JUNE 01  79 PROOF of Service
```

JUN 03 80 MINUTE ENTRY: Hrg on Motion for Summary Judgment. Atty Bruce Jorgensen for Pltfs. Atty Paul Lawlor on behalf of International Bridge. Atty Jed Horey on behalf of SMR Technologies. After hearing oral arguments, Ct stated that the matter would be taken under advisement and that a written order would be forthcoming.

81 NOTICE of ORDER after hearing of SMR's Motion for Summary Judgment and PLTF's Mo to be allowed to Conduct Discovery

82 ORDER re Case Management Conference (June 18, 1999 at 9:00 a.m.)

JUN. 11 83 MEMORANDUM Concerning Propriety Of 28 U.S.C. 1391 Venue.

JUN. 11 84 POINTS And Authorities Re: Venue.

JUN. 14 85 ORDER Dismissing Without PRejudice Defendant Wardle Storeys, PLC.

JUN. 14 86 ANSWER To Cross-Claim Of Pacific Indemnity Insurance Co.

i-LJN. 15 87 PROOF Of Service (on Bruce Berline).

JUN. 15 88 DECLARATION Of Service (on Jorgensen, Berline, O'Connor, Osborn, Fitzgerald,
   McMahon, Lawlor).

JUN. 15 89 NOTICE Re: Case Management Conference.(Fri. Jun. 18, 1999 9:00am. OFF CALENDAR)

JUN. 14 90 PLAINTIFFS' Joinder In Memorandum Re: Venue.

JUN 17 91 DECLARATION of Bruce Berline Requesting Court to Accept and Consider-Untimely Venue Memorandum

92 ORDER (re acceptance of late filing of Memorandum re:venue)

JUN. 29 93 ORDER RE: Venue (This and 3 other lawsuits are transferred to the District Court of Guam with Judge Munson presiding until conclusion.; [CBW EOD 07/06/1999]